## George W. Shannon et al. v. A. Wolf et al.

1. MEMORANDUM.—This case was before this court at a former term and is reported, with the title reversed, in 50 Ill. App. 396, which see for a statement of the case and for the reasons governing the decision herein.

Intervening Claim, in an attachment suit. Appeal from the Superior Court of Cook County; the Hon. JOHN BARTON PAYNE, Judge, presiding. Heard in this court at the October term, 1896. Affirmed. Opinion filed January 21, 1897.

PECK, MILLER & STARR, attorneys for appellants.

HOYNE, FOLLANSBEE & O'CONNOR, attorneys for appellees.

MR. PRESIDING JUSTICE SHEPARD DELIVERED THE OPINION OF THE COURT.

This case was here once before, and is reported, with the title reversed, in 50 Ill. App. 396.

The judgment then appealed from was there reversed and the cause remanded, and upon another trial in the Superior Court the judgment now appealed from was rendered in conformity with the opinion of this court as above reported.

Upon such second trial a jury was waived, and the cause was submitted to the court upon the same evidence, and no other, that was adduced upon the first trial, and that was before us upon the former appeal. The record now before us varies in no essential from that which was here before, except in the propositions of law that were submitted to the trial judge, and upon which he held in accordance with our former opinion.

Under such circumstances, it is only necessary for us to refer to our former statement of the case and opinion, as reported. The decision then given is, for us, the law of the case, and the judgment is affirmed.